# Exhibit 1

# DAVID TURNER ARCHITECT, P.C.

7-23-19

Mark Weiss

Email: jarnold45@gmail.com

## INSPECTION REPORT

**LOCATION:** 39 Clarkson Street

**DATE OF INSPECTION:** Monday, June 4th, 2019

**BACKGROUND:** The subject property is a six story class 3 (brick bearing walls with wood and steel framing). There is an open alteration I filing converting the building from manufacturing to offices with a retail store on the first floor and storage below in the cellar. The zoning is M1-5. The filing shows 28,822 square feet of floor area with an FAR of 5.7. Since M1-5 only allows for a 5.0 FAR the building is slightly overbuilt and there is no enlargement proposed.

**OBSERVATIONS:** The space is has been completely gutted with new framing and some structural modifications as required for a new scissor stair at the west end of the building which would give the building two means of egress.
There are partitions framed out without sheetrock thru-out the building.
There is an elevator shaft in the center of the building.
There are materials, tools, a wheel barrel and cement mixer remaining in the building. There is an older sprinkler system and new plumbing risers and some roughing for bathrooms.
Ceilings are framed out on the top floor.
Some framing for the elevator shaft on machine room at the roof.
The façade remains unpointed and with out new windows.
No or little electrical work evident.

Sincerely
David Turner
RA 16162

| 39 Clarkson Street | Budget | % complete | Value of Work |
|---|---|---|---|
| Selective demolition and removal | $ 46,700.00 | 100% | $ 46,700.00 |
| Hanging Scaffolding and Protection | $ 30,000.00 | 0% | $ - |
| Cutting of the window openings and installing lintels | $ 115,000.00 | 0% | $ - |
| Supply and install windows and storefronts | $ 87,000.00 | 0% | $ - |
| Supply and install fire rated windows | $ 72,000.00 | 0% | $ - |
| Provide and install 2 skylights | $ 38,000.00 | 0% | $ - |
| New roofing and paver system | $ 145,000.00 | 0% | $ - |
| Pointing of party side walls, elevator room and knee walls at roof | $ 102,000.00 | 0% | $ - |
| Front façade masonry work | $ 74,000.00 | 0% | $ - |
| Ground floor windows/doors | $ 65,000.00 | 0% | $ - |
| Sprinkler system alternations | $ 78,900.00 | 0% | $ - |
| New electric work distribution per floor, office adaptation including low voltage and lights, intercom | $ 280,000.00 | 0% | $ - |
| Plumbing, new risers and branches for bathrooms per floor including fixtures | $ 200,000.00 | 15% | $ 30,000.00 |
| Gas alternation for heating | $ 20,000.00 | 0% | $ - |
| AC/heating units and ductwork | $ 450,000.00 | 0% | $ - |
| New elevator | $ 290,000.00 | 0% | $ - |
| Concrete Floor finish | $ 184,000.00 | 0% | $ - |
| Fix and refinish wood flooring | $ 47,600.00 | 0% | $ - |
| Wall framing for new bathrooms and misc. spaces | $ 113,000.00 | 30% | $ 33,900.00 |
| Ceilings framing B-6   1 hr. | $ 184,500.00 | 15% | $ 27,675.00 |
| Tile work | $ 40,000.00 | 10% | $ 4,000.00 |
| Interior doors | $ 47,000.00 | 0% | $ - |
| Painting | $ 70,000.00 | 0% | $ - |
| Roof structural work | $ 63,000.00 | 10% | $ 6,300.00 |
| Steel work at new staircase | $ 51,500.00 | 80% | $ 41,200.00 |
| New fire rated partition for staircase | $ 38,900.00 | 20% | $ 7,780.00 |
| New stairs | $ 157,500.00 | 0% | $ - |
| **New items** | | | $ - |
| Temp Stairs safety etc. | | 100% | $ - |
| Masonry bulkhead elevator fill ins (no shaft extension) | | 30% | $ - |
| structural carpentry at stair openings | | 100% | $ - |
| General conditions | $ 200,000.00 | 20% | $ 40,000.00 |
| Fees and insurances | $ 562,489.00 | 20% | $ 112,497.80 |
| Total | $ 3,853,089.00 | | $ 350,052.80 |

2

# DAVID TURNER ARCHITECT, P.C.

39 Clarkson St. renovation, change of contractor.

Generally:

The job was left by the contractor reasonably safe, neat and clean state. Some of the contractor's equipment and tools are left behind. The work completed consists primarily of structural, some framing of walls and plumbing roughing on fifth floor bathrooms.

Work is ready to start on: Stairs, concrete infill, MEP work, exterior closure at bulkhead, Windows, exterior and waterproofing, elevator, elevator shaft and motor room, storm drain piping, roofing, lowering ground floor at the lobby and loading dock removal.

**Basement:**

Tools are left on the site, scaffold and chutes and miscellaneous hand tools remain.

The stair and retail ground floor lowered lobby steel framing and deck are complete.

No concrete work is done throughout.

No MEP work is done in basement.

 

## Basement Level

3

# DAVID TURNER ARCHITECT, P.C.






**Basement Level**

# DAVID TURNER ARCHITECT, P.C.






**Basement Level**

# DAVID TURNER ARCHITECT, P.C.

**First floor:**

Some boxes of tile for fifth floor are still on the floor.

Some Minor Equipment and tools are left.

Plumbing risers are se, but not connected.

Steel framing and deck for stairs are in.

Stair partitions and duct shaft are framed.

Temp stairs installed.

No MEP other than water and waste risers.

Water and waste risers end at first floor per photo below and are not connected to water supply or sanitary line.






**Ground Floor**

6

# DAVID TURNER ARCHITECT, P.C.





**Ground Floor**

7

# DAVID TURNER ARCHITECT, P.C.

**Second floor:**

Miscellaneous material & Equipment are left on the floor.

Plumbing risers are set.

Steel framing and deck for stairs are in.

Stair partitions and duct shaft are framed.

Temp stairs installed.

No MEP other than water and waste risers.

Boxes of tile are on the floor, intended for the fifth floor.






**2nd Floor**

# DAVID TURNER ARCHITECT, P.C.

**Third floor:**

Plumbing risers are set.

Steel framing and deck for stairs are in.

Stair partitions and duct shaft are framed

Rods for suspended ceiling are in.

Temp stairs installed.

No MEP other than water and waste risers.






**3rd Floor**

9

# DAVID TURNER ARCHITECT, P.C.





## 3rd Floor

# DAVID TURNER ARCHITECT, P.C.

**Fourth floor:**

Plumbing risers are set.

Steel framing and deck for stairs are in.

Stair partitions and duct riser shaft are framed

Rods for suspended ceiling are in with black iron and furring.

Temp stairs installed.

No MEP other than water and waste.






## 4th Floor

11

# DAVID TURNER ARCHITECT, P.C.




**4th Floor**

# DAVID TURNER ARCHITECT, P.C.

**Fifth floor:**

Plumbing risers are set.

Steel framing and deck for stairs are in.

Stair partitions, duct riser shaft and bathroom partitions are framed.

Suspended ceiling is in and framed with black iron and metal furring channel.

Temp stairs installed.

No MEP other than water and waste risers and bathroom roughing.

Fifth floor walls and ceilings framed and baths rough plumbed.






**5th Floor**

13

# DAVID TURNER ARCHITECT, P.C.






**5th Floor**

# DAVID TURNER ARCHITECT, P.C.

### Sixth floor:
Plumbing risers are set.
Steel framing and deck for stairs are in.
Stair partitions are framed
Temp stairs installed.
No MEP other than water and waste risers.






## 6th Floor

# DAVID TURNER ARCHITECT, P.C.



# 6th Floor

# DAVID TURNER ARCHITECT, P.C.

**Roof**:

Facade needs work point and patch.

Windows are not replaced.

New punchout windows are not yet started.

Roof bulkhead steel framing and deck complete waiting for enclosure.

Elevator shaft is partially revised, no work at roof new landing, or machine room.





**Roof**