# Exhibit 2



39 W 38th street, suite 1100W

T.212.686.1407    F.212.686.1455

Date:    19-Jun-17

**39 Clarkson Street**
**New York, NY 10014**

## Invoice

| | Qty | unit | Rate | cost |
|---|---|---|---|---|
| Deposit (10% of the contruct sum) | 1 | LS | $283,302.32 | $ 283,302.32 |
| **Total:** | | | | **$ 283,302.32** |

Respectfully submitted,

Lukasz Macniak

1



39 W 38th street, suite 1100W

T.212.686.1407    F.212.686.1455

Date:    10/14/17

**Clarkson Associates, LLC**
**39 Clarkson St**
**New York, NY 10014**

# Invoice

| Material & Labor | Qty | unit | Rate | cost |
|---|---|---|---|---|
| Selective demolition and removal | 1 | LS | $ 46,700.00 | $ 46,700.00 |
| Hanging scaffolds and protection | 1 | LS | $ 10,000.00 | $ 10,000.00 |
| Cutting of the window openings and installing lintels | 1 | LS | $ 40,000.00 | $ 40,000.00 |
| Supply and install windows - front | 1 | LS | $ 33,500.00 | $ 33,500.00 |
| Supply and install fire rated windows | 1 | LS | $ 39,600.00 | $ 39,600.00 |
| Provide and install 2 skylights | 1 | LS | $ 21,000.00 | $ 21,000.00 |
| New roofing | 1 | LS | $ 38,000.00 | $ 38,000.00 |
| Ground floor windows/doors | 1 | LS | $ 38,000.00 | $ 38,000.00 |
| Sprinkler system alternations | 1 | LS | $ 23,500.00 | $ 23,500.00 |
| New electric work distribution per floor, office adaptation including low voltage and lights, intercom | 1 | LS | $112,000.00 | $ 112,000.00 |
| Plumbing, new risers and branches for bathrooms per floor including fixtures | 1 | LS | $ 80,000.00 | $ 80,000.00 |
| AC/heating units and ductwork | 1 | LS | $220,000.00 | $ 220,000.00 |
| New elevator | 1 | LS | $210,000.00 | $ 210,000.00 |
| Concrete Floor finish | 1 | LS | $ 36,800.00 | $ 36,800.00 |
| Wall framing for new bathrooms and misc spaces | 1 | LS | $ 20,000.00 | $ 20,000.00 |
| Roof structural work | 1 | LS | $ 21,500.00 | $ 21,500.00 |
| New stairs | 1 | LS | $ 60,000.00 | $ 60,000.00 |
| **Subtotal** | | | | $ 1,050,600.00 |
| **Fees and Insurance** | | | | $191,209.20 |
| **Total:** | | | | **$1,241,809.20** |

Respectfully submitted,

*[signature]*

Lukasz Macniak

2



|  |  | Date: | 11/27/17 |
|---|---|---|---|

**Clarkson Associates, LLC**
**39 Clarkson St**
39 W 38th street, suite 1100W     **New York, NY 10014**

T.212.686.1407          F.212.686.1455

# Invoice

| **Material & Labor** | Qty | unit | Rate | cost |
|---|---|---|---|---|
| Hanging scaffolds and protection | 1 | LS | $ 5,000.00 | $ 5,000.00 |
| Cutting of the window openings and installing lintels | 1 | LS | $ 16,500.00 | $ 16,500.00 |
| Supply and install windows - front | 1 | LS | $ 13,500.00 | $ 13,500.00 |
| Supply and install fire rated windows | 1 | LS | $ 16,000.00 | $ 16,000.00 |
| Provide and install 2 skylights | 1 | LS | $ 10,000.00 | $ 10,000.00 |
| New roofing | 1 | LS | $ 14,500.00 | $ 14,500.00 |
| Ground floor windows/doors | 1 | LS | $ 17,000.00 | $ 17,000.00 |
| Sprinkler system alternations | 1 | LS | $ 10,000.00 | $ 10,000.00 |
| New electric work distribution per floor, office adaptation including low voltage and lights, intercom | 1 | LS | $ 33,500.00 | $ 33,500.00 |
| Plumbing, new risers and branches for bathrooms per floor including fixtures | 1 | LS | $ 41,100.00 | $ 41,100.00 |
| AC/heating units and ductwork | 1 | LS | $ 49,300.00 | $ 49,300.00 |
| New elevator | 1 | LS | $ 39,700.00 | $ 39,700.00 |
| Concrete Floor finish | 1 | LS | $ 33,500.00 | $ 33,500.00 |
| Wall framing for new bathrooms and misc spaces | 1 | LS | $ 17,500.00 | $ 17,500.00 |
| Roof structural work | 1 | LS | $ 12,300.00 | $ 12,300.00 |
| New stairs | 1 | LS | $ 17,200.00 | $ 17,200.00 |
| **Subtotal** |  |  |  | $ 346,600.00 |
| **Fees and Insurance** |  |  |  | $63,081.20 |
| **Total:** |  |  |  | **$409,681.20** |

Respectfully submitted,

Lukasz Macniak



**ABR BUILDERS LLC**

Date: 6-Jun-18

39 W 38th street, suite 1100W

**39 Clarkson Street**
**New York, NY 10014**

T.212.686.1407          F.212.686.1455

## Invoice

| | Qty | unit | Rate | cost |
|---|---|---|---|---|
| Demolition and removal of existing stairs | 1 | LS | $ 25,000.00 | $ 25,000.00 |
| New structural steel and installation at stair core | 1 | LS | $ 115,000.00 | $ 115,000.00 |
| Masonry work | 1 | LS | $ 35,000.00 | $ 35,000.00 |
| Temporary electric | 1 | LS | $ 10,000.00 | $ 10,000.00 |
| General conditions | 1 | LS | $ 15,700.00 | $ 15,700.00 |
| **Subtotal:** | | | | $200,700.00 |
| **Fees and Insurance** | | | | $36,527.40 |
| **Total:** | | | | $237,227.40 |

Respectfully submitted,

*[signature]*

Lukasz Macniak

4



Date: 26-Jul-18

39 W 38th street, suite 1100W

T.212.686.1407    F.212.686.1455

**39 Clarkson Street**
**New York, NY 10014**

## Invoice

| | Qty | unit | Rate | cost |
|---|---|---|---|---|
| Demolition and removal of masonry chase and wood structure | 1 | LS | $ 17,000.00 | $ 17,000.00 |
| New structural steel and installation at stair core | 1 | LS | $ 36,500.00 | $ 36,500.00 |
| Masonry work | 1 | LS | $ 5,700.00 | $ 5,700.00 |
| Light gage framing | 1 | LS | $ 20,000.00 | $ 20,000.00 |
| General conditions, dumpsters and removal | 1 | LS | $ 19,300.00 | $ 19,300.00 |
| **Subtotal:** | | | | $ 98,500.00 |
| **Fees and Insurance** | | | | $17,927.00 |
| **Total:** | | | | $116,427.00 |

Respectfully submitted,

*[signature]*

Lukasz Macniak

5



**ABR BUILDERS LLC**

39 W 38th street, suite 1100W

T.212.686.1407   F.212.686.1455

Date: 29-Aug-18

**39 Clarkson Street**
**New York, NY 10014**

## Invoice

| | Qty | unit | Rate | cost |
|---|---|---|---|---|
| Demolition and removal of masonry chase and wood structure | 1 | LS | $ 12,000.00 | $ 12,000.00 |
| New structural steel and installation at stair core | 1 | LS | $ 41,300.00 | $ 41,300.00 |
| Masonry work | 1 | LS | $ 7,200.00 | $ 7,200.00 |
| Roof - structural carpentry and waterproofing | 1 | LS | $ 17,800.00 | $ 17,800.00 |
| Light gage framing | 1 | LS | $ 35,000.00 | $ 35,000.00 |
| General conditions, dumpsters and removal | 1 | LS | $ 21,000.00 | $ 21,000.00 |
| **Subtotal:** | | | | $134,300.00 |
| **Fees and Insurance** | | | | $24,442.60 |
| **Total:** | | | | $158,742.60 |

Respectfully submitted,

Lukasz Macniak

6



**ABR BUILDERS LLC**

Date: 1-Oct-18

39 Clarkson Street
New York, NY 10014

39 W 38th street, suite 1100W
T.212.686.1407   F.212.686.1455

## Invoice

| | Qty | unit | Rate | cost |
|---|---|---|---|---|
| Demolition and removal of windows | 1 | LS | $ 16,000.00 | $ 16,000.00 |
| New structural steel and installation at stair core | 1 | LS | $ 18,700.00 | $ 18,700.00 |
| Masonry work | 1 | LS | $ 11,400.00 | $ 11,400.00 |
| Light gage framing | 1 | LS | $ 40,700.00 | $ 40,700.00 |
| General conditions, dumpsters and removal | 1 | LS | $ 13,800.00 | $ 13,800.00 |
| **Subtotal:** | | | | $100,600.00 |
| **Fees and Insurance** | | | | $18,309.20 |
| **Total:** | | | | $118,909.20 |

Respectfully submitted,

*[signature]*

Lukasz Macniak

7



Date: 15-Nov-18

39 W 38th street, suite 1100W

T.212.686.1407     F.212.686.1455

**39 Clarkson Street**
**New York, NY 10014**

## Invoice

| | Qty | unit | Rate | cost |
|---|---|---|---|---|
| Demolition and removal of masonry wall at cellar | 1 | LS | $ 4,250.00 | $ 4,250.00 |
| New structural steel and installation at roof | 1 | LS | $ 11,380.00 | $ 11,380.00 |
| Masonry work at bulkhead and parapet wall | 1 | LS | $ 7,930.00 | $ 7,930.00 |
| Framing for new bathroom layout | 1 | LS | $ 32,450.00 | $ 32,450.00 |
| General conditions, dumpsters and removal | 1 | LS | $ 13,800.00 | $ 13,800.00 |
| **Subtotal:** | | | | **$ 69,810.00** |
| **Fees and Insurance** | | | | **$12,705.42** |
| **Total:** | | | | **$82,515.42** |

Respectfully submitted,

Lukasz Macniak

8