# Exhibit 3




ASSET PRESERVATION®
INCORPORATED

# §1031 Exchange Summary

This portion of your statement is a summary of the property associated with this account, important dates you should be awar of and any replacement property associated with your exchange.

**Michelle Goldstein**

**18 E 17th St, 3rd Floor**
**New York NY 10003**

| | |
|---|---|
| **Order #:** | [redacted] |
| **Account #:** | |
| **Statement Date:** | 11/29/2017 8:23:53AM sk |
| **As Of:** | 11/28/2017 |
| **Exchange Cnslr:** | [redacted] |
| **Phone #:** | |
| **Fax #:** | |
| **Email:** | |

***Exchanger(s):***

39 Clarkson Holdings Corp., a New York corporation (formerly known as [redacted] a New York corporation)

***Important Dates in your Exchange***

| **First Close Date:** 06/07/2017 | **45 Day Date:** 07/22/2017 | **180 Day Date:** 12/04/2017 | **ID Date:** 07/17/2017 |
|---|---|---|---|

***Relinquished Property***

| Address | Closer/Company | Close Date |
|---|---|---|
| [redacted] | Craig Brown, Duval & Stachfeld LLP | 06/07/2017 |

***Replacement Property Closed***

| Address | Closer/Company | Close Date |
|---|---|---|



# §1031 Exchange Account Statement

**Account #:** [redacted] **Order #:** [redacted]
**Account Opened:** 06/08/2017 **As Of:** 11/28/2017 **Current Principle Balance:** [redacted]

| Line | Post Date | Description | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 7 | 06/28/2017 | OUTGOING WIRE: ABR BUILDERS LLC | | $ (283,302.32) | **$ 2,129,900.03** |
| 11 | 07/13/2017 | OUTGOING WIRE: ABR BUILDERS LLC | | $ (20,604.00) | **$ 2,109,541.22** |
| 15 | 10/02/2017 | OUTGOING WIRE: ABR BUILDERS LLC | | $ (51,833.00) | **$ 2,057,974.45** |
| 16 | 10/04/2017 | OUTGOING WIRE: HIGH DESIGN BUILDERS | | $ (18,450.00) | **$ 2,039,524.45** |
| 18 | 11/14/2017 | OUTGOING WIRE: ABR BUILDERS LLC | | $ (1,241,809.20) | **$ 797,802.01** |
| 19 | 11/28/2017 | OUTGOING WIRE: ABR BUILDERS LLC | | $ (409,681.20) | **$ 388,120.81** |
| 20 | 11/28/2017 | OUTGOING WIRE: ABR BUILDERS LLC | | $ (85,000.00) | **$ 303,120.81** |



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 11/15/2018 | $50,000.00 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: NO ACCOUNT NUMBER** **$50,000.00**

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0046212969

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

November 16, 2018

MEMO: 39 Clarkson St

Pay FIFTY THOUSAND AND 00/100 DOLLARS

$ ****50,000.00

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

ENDORSE HERE
x ABR Builders LLC
FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 11/15/2018 | $32,515.42 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: NO ACCOUNT NUMBER** **$32,515.42**

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0046212964

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

**November 16, 2018**

MEMO: 39 Clarkson St

Pay THIRTY TWO THOUSAND FIVE HUNDRED FIFTEEN AND 42/100 DOLLARS

$ ****32,515.42

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

10255

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

ENDORSE HERE

ABR Builders LLC - for deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features in this document include a Micro-Print border, Artificial Watermark. Features may indicate alteration.

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 10/03/2018 | $50,000.00 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER $50,000.00

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0040359131

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

October 04, 2018

MEMO: 39 Clarkson St

Pay FIFTY THOUSAND AND 00/100 DOLLARS

$ ****50,000.00

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

01993

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ABR BUILDERS LLC
Acc #

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 10/03/2018 | $40,000.00 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER $40,000.00

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0040359135

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

October 04, 2018

MEMO: 39 Clarkson St

Pay FORTY THOUSAND AND 00/100 DOLLARS

$ ****40,000.00

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

x ABR BUILDERS
ACC #

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

# View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 10/03/2018 | $28,909.20 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: NO ACCOUNT NUMBER** **$28,909.20**

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0040359132

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

October 04, 2018

MEMO: 39 Clarkson St

Pay TWENTY EIGHT THOUSAND NINE HUNDRED NINE AND 20/100 DOLLARS

$ ****28,909.20

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

ABR BUILDERS LLC
ACC #

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Security features ... This document contains a Micro-Print ... Watermark ...

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 08/30/2018 | $50,000.00 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER $50,000.00

Please Direct Any Questions To:
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0035290691

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

MEMO: 39 Clarkson St.

August 31, 2018

Pay FIFTY THOUSAND AND 00/100 DOLLARS

$ ****50,000.00

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

Security features. Absence of ...

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

X ABR Builders LLC

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 08/30/2018 | $48,742.60 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. 'VOID' FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER $48,742.60

Please Direct Any Questions To:
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0035290696

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

August 31, 2018

MEMO: 39 Clarkson St

Pay FORTY EIGHT THOUSAND SEVEN HUNDRED FORTY TWO AND 60/100 DOLLARS

$ ****48,742.60

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

X ABR Builders LLC

Security features in this document include a Micro-Print ... Absence of ... features may indicate alteration

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 08/30/2018 | $40,000.00 | No Account Number |

-Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER $40,000.00

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9814001048 0035290690

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

MEMO: 30 Clarkson St

August 31, 2018

Pay FORTY THOUSAND AND 00/100 DOLLARS

$ ****40,000.00

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

ENDORSE HERE

X ABR Builders LLC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 08/30/2018 | $20,000.00 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: NO ACCOUNT NUMBER** **$20,000.00**

Please Direct Any Questions To:
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001048 0035280692

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

MEMO: 39 Clarkson St

**August 31, 2018**

Pay TWENTY THOUSAND AND 00/100 ---------- DOLLARS

$ ****20,000.00

VOID 90 DAYS AFTER ISSUE

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

AUTHORIZED SIGNATURE

ENDORSE HERE
X ABR Builders LLC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 07/26/2018 | $50,000.00 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: NO ACCOUNT NUMBER** **$50,000.00**

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0030507386

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

**July 27, 2018**

MEMO: 39 Clarkson St progress payment

Pay FIFTY THOUSAND AND 00/100 ------------------------------------------ DOLLARS

$ ****50,000.00

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ABR Builders LLC
For deposit only
#[redacted]

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 07/26/2018 | $40,000.00 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER $40,000.00

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0030507385

56-382/412

MICHELLE GOLDSTEIN
16 E 17TH ST FL 3
NEW YORK, NY 10003-1952

July 27, 2018

MEMO: 39 Clarkson St progress payments

Pay FORTY THOUSAND AND 00/100 DOLLARS

$ ****40,000.00

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

00978

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

ENDORSE HERE
x ABR Builders LLC
For Deposit only
#

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features in this document include a Micro-Print Border, Artificial Watermark. Absence of these features may indicate alteration.

* FEDERAL RESERVE BOARD OF GOVERNORS REG CC

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Payee Account Number |
|---|---|---|---|
| [redacted] | 07/26/2018 | $26,427.00 | No Account Number |

- Zoom + Default

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER $26,427.00

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9614001049 0030507388

56-382/412

MICHELLE GOLDSTEIN
18 E 17TH ST FL 3
NEW YORK, NY 10003-1952

July 27, 2018

MEMO: 39 Clarkson St progress payment

Pay TWENTY SIX THOUSAND FOUR HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

$ ****26,427.00

TO THE ORDER OF
ABR BUILDERS LLC
39 W 38TH ST RM 1100W
NEW YORK, NY 10018-1951

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

ENDORSE HERE
X ABR Builders LLC FOR DEPOSIT ONLY
#

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features in this document include a Micro-Print Border, Artificial Watermark. Absence of these features may indicate alteration.

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for this information being viewed by persons other than yourself.

A printer-friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right-clicking on the image( or control-click on a Mac) and selecting "Save Picture As ..." (Select "Download Image to disk" on a Mac). You will need to create a name for the file.

**WELLS FARGO**

# Check Details

| | |
|---|---|
| **Check Number** | |
| **Date Posted** | 06/07/18 |
| **Check Amount** | $237,227.40 |




For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender