# Exhibit 4





**Lukas**

Thank you Mark!

You're welcome

Dec 20, 2018, 1:29 PM

Check should have been delivered to your office

Yes i jest called it was delivered. Thank you cery much Mark

Ok

0 days?

Yes.

K

Jan 8, 2019, 3:04 PM

Any update?