# Exhibit 5

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1111 |
| **Date Posted** | 12/20/18 |
| **Check Amount** | $500,000.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender