# Exhibit 7

**From:** Lukas Macniak <Lukas@abrbuilders.com>
**Date:** May 6, 2019 at 1:27:16 PM EDT
**To:** MW <mw@ltncor.com>
**Cc:** Bolek Ryzinski <Bolek@abrbuilders.com>
**Subject: clarkson**

Hi Mark,

Thank you for taking the time to meet with us. We both discussed how we can move forward with the construction, but we feel like we are not in the position to capitalize and finish the project at this point. Although, we never had a formal contract, we want to suggest you look for another GC to finish the job in a timely manner.
We also are here to help with any matter we can, with your building, Bolek can also stay on the project as Architect of record.

Thank you

**Lukas Macniak**
V- President
**ABR Builders LLC**
39 West 38th Street, Suite 1100W
New York  NY 10018
T. 212-686-1407 ext.102
F. 212-686-1455

lukas@abrbuilders.com