# Exhibit 8

**From:** Bolek Ryzinski <Bolek@abrbuilders.com>
**Date:** January 15, 2020 at 5:52:00 PM EST
**To:** MW <mw@ltncor.com>
**Cc:** Lukas Macniak <Lukas@abrbuilders.com>
**Subject: loan pay off draft**

Dear Mark,

First of all we want to thank you very for understanding our situation and for being very patient.

Our situation is indeed improving making us more optimistic about this coming year.
However, without sale of our 109th St. building it will be close to impossible to make a any meaningful payment to you.

We have an accepted offer for the building that is into 3rd week of due diligence. We hope to hear from the buyer within next few weeks.
We know that the buyer has secured his financing so as soon as the due diligence is completed we should be setting the closing date.
Big chunk of our proceeds from this sale is already called for as per our agreement with our partners, which was drafted by Ron.

There are other properties that also going to be sold soon, which we are listing in the schedule below.

Should everything go as planed we can propose the following payment schedule to you:

| | | | |
|---|---|---|---|
| payment 1 | $100,000 | March 15, 2020 | in about 2 months at closing of 308 E 109 St |
| payment 2 | $100,000 | May 15, 2020 | at closing of Westport house |
| payment 3 | $100,000 | July 15, 2020 | |
| payment 4 | $200,000 | Sept. 15, 2020 | at sale of Dormitory in Poland |

We hope this is acceptable to you and we will keep you inform on the progress.

Thank you
Bolek and Lukasz

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error

should notify the sender immediately by telephone or by return e-mail and delete it from their computer.